IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **EDWARD SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 8:13-cv-03071-JSM-AEP |
| **v.** ) | |
| ) | |
| **NCO FINANCIAL SYSTEMS, INC.** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ Kenneth C. Grace
Kenneth C. Grace, Esq.
Florida Bar No. 0658464
Rachel A. Morris , Esq.
Florida Bar No. 0091498
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2465
Facsimile: (866) 466-3140
kgrace@sessions-law.biz
rmorris@sessions-law.biz

dvanhoose@sessions-law.biz  
Attorneys for Defendant,  
NCO Financial Systems, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2014, a copy of the foregoing was filed with the Court and served electronically via CM/ECF on the following:

W. John Gadd  
2727 Ulmerton Road, Suite 250  
Clearwater, FL 33762  
wjg@mazgadd.com

/s/ Kenneth C. Grace  
Attorney

\\sfnfs02\prolawdocs\6947\6947-31819\Smith, Edward\1340657.doc