IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD SMITH,

    Plaintiff,

v.
                                        Case No. 8:13-cv-03071-JSM-AEP

NCO FINANCIAL SYSTEMS, INC.

    Defendant.

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff, Edward Smith, and defendant, NCO Financial Systems, Inc., by and through their undersigned counsel, in the above-titled action, and request entry of a Final Order of Dismissal in this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 4th day of March 2014.

| | |
|---|---|
| /s/ W. John Gadd | /s/ Rachel A. Morris |
| W. John Gadd , Esq. | Rachel A. Morris, Esq. |
| Florida Bar No.: 463061 | Florida Bar No. 091498 |
| Employment, Injury & Aviation | Sessions, Fishman, Nathan & Israel, L.L.C. |
| Law Center, PA | 3350 Buschwood Park Drive, Suite 195 |
| 2727 Ulmerton Road, Ste. 250 | Tampa, FL 33618 |
| Clearwater, FL 33762 | Telephone: 813-890-2469 |
| Telephone: 727-524-6300 | rmorris@sessiions-law.biz |
| wjg@mazgadd.com | |
| | |
| Attorney for Plaintiff | Attorney for Defendant, West Asset Management, Inc. |

This motion/petition/stipulation has been duly considered and is hereby **GRANTED** this **5** day of **MARCH**, 20**14**.

_____
JAMES S. MOODY, JR
U.S. DISTRICT JUDGE